**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52403.**

May 18, 1972.

the ruling of the trial judge after the evidentiary hearing is correct.

262 So.2d 34

**STATE of Louisiana ex rel. Grover S. Wooten**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52380.**

May 18, 1972.

Considering the minutes and colloquy of and in the trial court on Sept. 10, 1970, the application is denied.